# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156225(62)

FRANK KERN, III,
            Plaintiff-Appellant,

v

SC: 156225
COA: 330183
Oakland CC: 2012-127856-CB

BONNIE KERN-KOSKELA, LARRY
KOSKELA, CHRISTOPHER KELLY,
MAXITROL COMPANY, MERTIK
MAXITROL, INC., MICHAEL LATIFF and
McDONALD HOPKINS, LLC,
            Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of defendants-appellees Michael Latiff and McDonald Hopkins, LLC, to file a late answer is GRANTED. The answer submitted on August 30, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      September 7, 2017               

                                        Clerk